**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case No.: 12-20148-CIV-MORENO/OTAZO-REYES**

RICHARD MAHSHIE,

       Plaintiff,

vs.

INFINITY INSURANCE COMPANY,

       Defendant.

_____/

**ORDER ON PLAINTIFF'S MOTION TO COMPEL**

THIS CAUSE came before the Court upon Plaintiff's Motion to Compel Discovery ("Motion to Compel") [D.E. 20]. This case was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Federico A. Moreno, Chief United States District Judge [D.E. 36]. The undersigned held a hearing on this matter on September 24, 2012. In accordance with the Court's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

1. The Motion to Compel is **DENIED AS MOOT** as to Plaintiff's Request for Production No. 17;

2. The Motion to Compel is **DENIED** as to Plaintiff's Request for Production Nos. 1, 2, 3 and 9; and

3. The Motion to Compel is **DENIED** as to Request Nos. 6 and 7 with respect to emails, but **GRANTED** as follows:

    a. Within two weeks from the date of this Order, Defendant Infinity Insurance Company shall produce the "ICSCCC" Reports for Ben Smith and Jason Baker

for the period from January 16, 2009 to December 21, 2011 to the extent that such reports exist.

Further, Plaintiff's unopposed *ore tenus* motion for a one day extension to respond to Defendant's Motion in Limine [D.E. 33] is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of September, 2012.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     Chief United States District Judge Federico A. Moreno
        Counsel of Record